**No. 09-8329. Joshua B. Shapiro, Petitioner v. Nolan L. Agner.**

560 U.S. 919, 130 S. Ct. 3315, 176 L. Ed. 2d 1212, 2010 U.S. LEXIS 4155.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 993, 130 S. Ct. 1738, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2316.